```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 04 B 42171
    CHRISTOPHER H REED
    DORA ANN REYNOLDS REED                     CHAPTER 13

                                               JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-6372     SSN XXX-XX-5294

--------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
      The case was filed on 11/12/2004 and was confirmed 02/09/2005.

      The plan was confirmed to pay secured creditors 100% and unsecured
  creditors 100.00%.

      The case was dismissed after confirmation 03/19/2008.
--------------------------------------------------------------------------------
  CREDITOR NAME                CLASS         CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                                PAID           PAID
--------------------------------------------------------------------------------
  FORD MOTOR CREDIT          SECURED           15574.73       3420.91       13983.39
  WELLS FARGO BANK NA        MORTGAGE ARRE     19378.86          .00        19378.86
  WELLS FARGO BANK NA        CURRENT MORTG         .00           .00             .00
  INTERNAL REVENUE SERVICE   PRIORITY         NOT FILED          .00             .00
  INTERNAL REVENUE SERVICE   PRIORITY           2292.43          .00             .00
  ALLIED INTERSTATE          UNSECURED        NOT FILED          .00             .00
  ASSET ACCEPTANCE CORP      UNSECURED            525.27         .00             .00
  CAPITAL ONE SERVICES       UNSECURED        NOT FILED          .00             .00
  CAPITAL ONE                UNSECURED        NOT FILED          .00             .00
  CAPITAL ONE SERVICES       UNSECURED        NOT FILED          .00             .00
  CFC FINANCIAL              UNSECURED        NOT FILED          .00             .00
  CITY OF COUNTRY CLUB HIL   UNSECURED        NOT FILED          .00             .00
  COMCAST                    UNSECURED        NOT FILED          .00             .00
  COMMONWEALTH EDISON        UNSECURED        NOT FILED          .00             .00
  GERBER LIFE INSURANCE CO   UNSECURED        NOT FILED          .00             .00
  HSBC AUTO FINANCE          UNSECURED             .00           .00             .00
  ILLINOIS DEPT OF EMP SEC   UNSECURED        NOT FILED          .00             .00
  JEFFERSON CAPITAL SYSTEM   UNSECURED           2284.70         .00             .00
  NICOR GAS                  UNSECURED        NOT FILED          .00             .00
  ASSET ACCEPTANCE CORP      UNSECURED           8865.58         .00             .00
  ASSET ACCEPTANCE CORP      UNSECURED           3224.48         .00             .00
  INTERNAL REVENUE SERVICE   UNSECURED             17.25         .00             .00
  ECAST SETTLEMENT CORP      UNSECURED            992.83         .00             .00
  ASSET ACCEPTANCE CORP      UNSECURED           2823.55         .00             .00
  AMERICREDIT FINANCIAL SE   NOTICE ONLY      NOT FILED          .00             .00
  STARR YANOFF & ROWELLS     DEBTOR ATTY           .00                           .00
  TOM VAUGHN                 TRUSTEE                                         2,094.84
  DEBTOR REFUND              REFUND                                              .00

      Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                         RECEIPTS           DISBURSEMENTS

              PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 04 B 42171 CHRISTOPHER H REED & DORA ANN REYNOLDS REED
```

```
------------------------------------------------------------------------
TRUSTEE                                        38,878.00

PRIORITY                                                              .00
SECURED                                                         33,362.25
    INTEREST                                                     3,420.91
UNSECURED                                                             .00
ADMINISTRATIVE                                                        .00
TRUSTEE COMPENSATION                                             2,094.84
DEBTOR REFUND                                                         .00
                                            ---------------  ---------------
TOTALS                                         38,878.00        38,878.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                   /s/ Tom Vaughn
    Dated: 06/25/08                _____
                                   TOM VAUGHN
                                   CHAPTER 13 TRUSTEE